ACCEPTED
04-14-00742-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/16/2015 12:12:52 PM
KEITH HOTTLE
CLERK

EDWARD F. SHAUGHNESSY, III
ATTORNEY AT LAW
206 E. LOCUST
SAN ANTONIO, TEXAS 78212
(210) 212-6700

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

4/16/2015 12:12:52 PM

KEITH E. HOTTLE
Clerk

Keith Hottle, Clerk
Court of Appeals
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Texas 78205                                April 16, 2015

Re: Andres Solis Vielma v. The State of Texas
     Trial Court Number: 2013-09-12304-CR
     Court of Appeals Number 04-14-00742-CR

Dear Sir,

      Please be advised that the State of Texas, appellee in the instant case, will not be responding to the *Anders* brief filed on behalf of the appellant by Ms. Barohn, Should the appellant file a *pro se* brief, the State will respond to any allegations of error contained therein.

Respectfully,

Edward F. Shaughnessy, III
Attorney for the appellee


CC: Nancy B. Barohn